THE HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  ZED BLUE and ROBIN BLUE, a married
    couple,
11
                        Plaintiff,
12
              v.
13
    USI INSURANCE SERVICES, LLC, a
14  Delaware limited liability company;
    CERTAIN UNDERWRITERS AT
15  LLOYD'S OF LONDON through
    HARLOCK MURRAY UNDERWRITING
16  LTD as per UMRN B1353DH1700422000;
    and THE HARTFORD FIRE INSURANCE
17  COMPANY, a Stock Insurance Company,

18                      Defendant.

No.: 2:21-cv-01328-RSM

STIPULATION FOR EXTENSION OF
TIME TO ANSWER AND DEFEND

NOTED ON THE MOTION CALENDAR:
October 12, 2021

19

20                      **STIPULATION**

21      Plaintiffs Zed and Robin Blue and Defendant Hartford Fire Insurance Company agree

22  that Hartford shall have until October 20, 2021, to file an Answer to Plaintiffs' Complaint.

23      Plaintiffs and Hartford further agree that, in so extending this deadline, neither

24  Plaintiffs nor Hartford waive any right, claim, or defense to this action.

25      / /

26

STIPULATION FOR EXTENSION OF TIME TO ANSWER AND
DEFEND
NO.: 2:21-CV-01328-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1    DATED:  October 19, 2021

2
3   TOUSLEY BRAIN STEPHENS PLLC          BULLIVANT HOUSER BAILEY PC

4
5   */s/ Chase C. Alvord (per email
   authorization)*
   Chase C. Alvord, WSBA #26080        */s/ Matthew J. Sekits*
6   Email: calvord@tousley.com          Matthew J. Sekits, WSBA #26175
                                        E-mail:  matthew.sekits@bullivant.com
                                        Monica Ghosh, WSBA #56589
7   *Attorneys for Plaintiff*           E-mail:  monica.ghosh@bullivant.com

8                                       *Attorneys for Defendant Hartford Fire
                                        Insurance Company*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION FOR EXTENSION OF TIME TO ANSWER AND
DEFEND
NO.: 2:21-CV-01328-RSM

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1

## **ORDER**

2      IT IS SO ORDERED.

3      DATED this 19ᵗʰ day of October, 2021.

4

5

6

7      RICARDO S. MARTINEZ
       CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR EXTENSION OF TIME TO ANSWER AND            PAGE 3      **Bullivant|Houser|Bailey PC**
DEFEND                                                                 925 Fourth Avenue, Suite 3800
NO.: 2:21-CV-01328-RSM                                                 Seattle, Washington 98104
                                                                       Telephone: 206.292.8930