THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZED BLUE and ROBIN BLUE, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,<br><br>Defendants. | Case No. 2:21-cv-01328-JHC<br><br>**STIPULATION AND ORDER TO EXTEND DISCLOSURE OF EXPERT TESTIMONY** |

This case involves significant written discovery and disclosures. That discovery has, for the most part, occurred and the parties are now embarking upon scheduling critical depositions. Because depositions are only now beginning the parties jointly request that they be afforded additional time to prepare the disclosures of expert testimony under rule FRCP 26(a)(2). The parties request that this date be extended to

**STIPULATION AND ORDER TO EXTEND
DISCLOSURE OF EXPERT TESTIMONY** - 1
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

July 29, 2022. In order to accomplish expert discovery the parties also request that the Expert Witness discovery deadline be extended to September 16, 2022.

Respectfully submitted.

DATED this 8th day of June, 2022.

HOLMES WEDDLE & BARCOTT, P.C.

_/s/ Michael A. Barcott_
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
Email: dbarcott@hwb-law.com
*Attorneys for Defendants Certain Underwriters at Lloyd's of London through Harlock Murray Underwriting, Ltd.*

TOUSLEY BRAIN STEPHENS PLLC

_/s/ Chase C. Alvord_
Chase C. Alvord, WSBA #26080
Calvord@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206.682.5600/Fax: 206.682.2992
*Attorneys for Plaintiffs*

FOSTER GARVEY PC

_/s/ David R. West_
David R. West, WSBA #13680
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 816-1321
David.West@foster.com

STIPULATION AND ORDER TO EXTEND
DISCLOSURE OF EXPERT TESTIMONY - 2
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1.
2.  *Attorneys for Defendant USI*
    BULLIVANT HOUSER BAILEY PC
3.      */s/ Matthew J. Sekits*
    Matthew J. Sekits, WSBA #26175
4.  Monica Ghosh, WSBA #56589
    925 Fourth Avenue, Suite 3800
5.  Seattle, WA 98104
    (206) 292-8930
6.  Matthew.sekits@bullivant.com
7.  Monica.ghosh@bullivant.com
    *Attorneys for Defendant The Hartford*
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26. **STIPULATION AND ORDER TO EXTEND**
    **DISCLOSURE OF EXPERT TESTIMONY** - 3
    Case No. 2:21-cv-01328-JHC

# ORDER

Pursuant to the Stipulation to Extend the Disclosure of Expert Testimony, the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2) is now July 29, 2022, and the deadline for Expert Witness Discovery deadline is now September 16, 2022.

IT IS SO ORDERED.

DATED this 8th day of June, 2022.

_____
JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER TO EXTEND
DISCLOSURE OF EXPERT TESTIMONY - 4
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2022, a true and correct copy of the foregoing was sent via e-mail to:

Chase C. Alvord, WSBA #26080
Tousley Brain Stpehns PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
(206) 682-5600
calvord@tousley.com
*Attorneys for Plaintiff*

David R. West, WSBA #13680
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 816-1321
David.west@foster.com
*Attorneys for Defendant USI*

Matthew J. Sekits, WSBA #26175
Monica Ghosh, WSBA #56589
Bullivant Houser Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
(206) 292-8930
matthew.sekits@bullivant.com
monica.ghosh@bullivant.com
*Attorneys for Defendant The Hartford*

_____
Holly Mote

G:\4295\32558\Pleading\DRAFTS\Stip to Extend Expert Discls.docx

**STIPULATION AND ORDER TO EXTEND DISCLOSURE OF EXPERT TESTIMONY** - 5
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289