THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZED BLUE and ROBIN BLUE, a married couple,

Plaintiffs,

v.

USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,

Defendants.

Case No. 2:21-cv-01328-JHC

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT WITNESS REPORTS AND EXPERT DISCOVERY**

COME NOW the parties to this action and agree and stipulate as follows:

Due to health issues one of plaintiffs' expert witnesses is unable to complete his report until September 9, 2022. In light of this plaintiffs' counsel has requested that the parties agree to extend the deadline for that expert report until September 9, 2022. Because defendants do not want to provide their expert reports in advance of plaintiffs'

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT REPORTS AND DISCOVERY** - 1
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

report the parties have agreed that the deadline for expert reports for all expert witnesses shall be extended to September 9, 2022 and discovery of expert witnesses shall be extended to October 7, 2022.

The parties have been working cooperatively concerning scheduling in this matter and do not anticipate that these extensions will result in a need for a trial continuance. The parties anticipate engaging in mediation at some point near the close of expert discovery.

Wherefore, the parties ask that the date for production of expert witness reports be extended to September 9, 2022 and discovery of expert witnesses be allowed through October 7, 2022.

Respectfully submitted.

DATED this 29th day of July, 2022.

HOLMES WEDDLE & BARCOTT, P.C.

　　　/s/ Michael A. Barcott
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
Email: dbarcott@hwb-law.com
*Attorneys for Defendants Certain Underwriters at Lloyd's of London through Harlock Murray Underwriting, Ltd.*

TOUSLEY BRAIN STEPHENS PLLC

　　　/s/ Chase C. Alvord
Chase C. Alvord, WSBA #26080

STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT REPORTS AND DISCOVERY - 2
Case No. 2:21-cv-01328-JHC

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 

Calvord@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206.682.5600/Fax: 206.682.2992
*Attorneys for Plaintiffs*

FOSTER GARVEY PC

    */s/ David R. West*
David R. West, WSBA #13680
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 816-1321
David.West@foster.com
*Attorneys for Defendant USI*

BULLIVANT HOUSER BAILEY PC

    */s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
Monica Ghosh, WSBA #56589
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
(206) 292-8930
Matthew.sekits@bullivant.com
Monica.ghosh@bullivant.com
*Attorneys for Defendant The Hartford*

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT REPORTS AND DISCOVERY** - 3
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## ORDER

Pursuant to the Stipulation to Extend Deadlines for Expert Witness Reports and Expert Witness Discovery, the deadline for disclosure of expert witness reports is now September 9, 2022 and the deadline for expert witness discovery is now October 7, 2022.

IT IS SO ORDERED.

DATED this 29th day of July, 2022.

*[signature]*

JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINES FOR
EXPERT REPORTS AND DISCOVERY - 4
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2022, a true and correct copy of the foregoing was sent via e-mail to:

Chase C. Alvord, WSBA #26080
Tousley Brain Stpehns PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
(206) 682-5600
calvord@tousley.com
*Attorneys for Plaintiff*

David R. West, WSBA #13680
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 816-1321
David.west@foster.com
*Attorneys for Defendant USI*

Matthew J. Sekits, WSBA #26175
Monica Ghosh, WSBA #56589
Bullivant Houser Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
(206) 292-8930
matthew.sekits@bullivant.com
monica.ghosh@bullivant.com
*Attorneys for Defendant The Hartford*

/s/ Holly Mote
Holly Mote

G:\4295\32558\Pleading\DRAFTS\Stip to Extend Expert Rpts.Disc.docx

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT REPORTS AND DISCOVERY** - 5
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289