THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZED BLUE and ROBIN BLUE, a married couple,

    Plaintiffs,

v.

USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,

    Defendants.

Case No. 2:21-cv-01328-JHC

**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING EXPERT DISCLOSURES**

COME NOW the parties to this action and agree and stipulate as follows:

One of plaintiffs' experts on liability related issues has recently passed away. In light of this the parties have conferred regarding expert disclosures. Subject to the Court's approval the parties have agreed as follows regarding expert disclosures.

**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING EXPERT DISCLOSURES** - 1
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. Expert reports/disclosures regarding damages issues shall remain due on October 26, 2022.

2. Expert reports/disclosures on issues of liability shall be due on January 13, 2023. Depositions of liability experts shall be completed on or before February 3, 2023. All motions challenging expert witness testimony must be filed by February 16, 2023. All other dates contained in this Court's Minute Order of September 2, 2022 shall remain the same.

The parties further agree to engage in mediation prior to December 15, 2022.

Respectfully submitted.

DATED this 19th day of October, 2022.

        HOLMES WEDDLE & BARCOTT, P.C.

        */s/ Michael A. Barcott*
Michael A. Barcott, WSBA #13317
Daniel P. Barcott, WSBA #50282
Lafcadio Darling, WSBA #29963
3101 Western Ave, Suite 500
Seattle, WA 98121
Phone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
      dbarcott@hwb-law.com
      ldarling@hwb-law.com
*Attorneys for Defendants Certain Underwriters at Lloyd's of London through Harlock Murray Underwriting, Ltd.*

TOUSLEY BRAIN STEPHENS PLLC

        */s/ Chase C. Alvord*
Chase C. Alvord, WSBA #26080
Calvord@tousley.com

STIPULATION AND ORDER TO EXTEND DEADLINES
REGARDING EXPERT DISCLOSURES - 2
Case No. 2:21-cv-01328-JHC

1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206.682.5600/Fax: 206.682.2992
*Attorneys for Plaintiffs*

FOSTER GARVEY PC

    */s/ David R. West*
David R. West, WSBA #13680
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 816-1321
David.West@foster.com
*Attorneys for Defendant USI*

BULLIVANT HOUSER BAILEY PC

    */s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
(206) 292-8930
Matthew.sekits@bullivant.com
*Attorneys for Defendant The Hartford*

**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING EXPERT DISCLOSURES** - 3
Case No. 2:21-cv-01328-JHC

**HOLMES WEDDLE & BARCOTT, PC**
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

# ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED this 19th day of October, 2022.

_____
JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINES
REGARDING EXPERT DISCLOSURES - 4
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2022, a true and correct copy of the foregoing was sent via e-mail to:

Chase C. Alvord, WSBA #26080
Tousley Brain Stpehns PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
(206) 682-5600
calvord@tousley.com
*Attorneys for Plaintiff*

David R. West, WSBA #13680
Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 816-1321
David.west@foster.com
*Attorneys for Defendant USI*

Matthew J. Sekits, WSBA #26175
Bullivant Houser Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
(206) 292-8930
matthew.sekits@bullivant.com
*Attorneys for Defendant The Hartford*

_____
Holly Mote

G:\4295\32558\Pleading\DRAFTS\Stip to Extend Deadline 1.docx

**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING EXPERT DISCLOSURES** - 5
Case No. 2:21-cv-01328-JHC

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289