UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZED BLUE and ROBIN BLUE, a married couple,<br><br>     Plaintiff,<br><br>v.<br><br>USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,<br><br>     Defendant. | No.: 2:21-cv-01328-JHC<br><br>ORDER RE: MOTION TO COMPEL OF DEFENDANT THE HARTFORD FIRE INSURANCE COMPANY |

  This matter comes before the Court on the Motion to Compel of Defendant The Hartford Fire Insurance Company. Dkt. # 38. The Court has considered the materials filed in support of, and in opposition to, the motion, as well as the balance of the case file. Being fully advised, the Court rules as follows:

  The motion is untimely. The minute order setting the case schedule does say, as argued by Hartford, that if a deadline falls on a weekend or "federal holiday," it is extended to the next business day. Dkt. # 24. The minute order set November 25, 2022, as the last day to file

motions related to discovery. November 25 was neither a weekend day nor a federal holiday. *See* 5 U.S.C. § 6103. And the court website includes a page regarding federal holidays. https://wawd.uscourts.gov/holidays. Hartford cites a page on the court website that concerns "holiday season" court closures, https:wawd.uscourts.gov/holiday-season-court-closures-2; but that does not govern as to which days constitute federal holidays. Nor does Hartford argue that, due to any closure, it could not file its motion on November 25. Nor does Harford argue just cause for modification of the case schedule. Accordingly, the Court DENIES the motion without prejudice. If Hartford wishes, to the extent supported by applicable law, they may seek a modification of the case schedule and again move to compel.

Also, the Court will hold Plaintiffs to their representation that they are not seeking emotional distress damages beyond the "garden variety" type.

Dated: December 19, 2022

JOHN H. CHUN
United States District Court Judge