UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZED BLUE and ROBIN BLUE, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,<br><br>Defendants. | CASE NO. 2:21-cv-01328-JHC<br><br>ORDER |

This matter comes before the Court on Defendants' Motion for Reconsideration. Dkt. # 59. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Plaintiffs to file a response to the motion no later than Monday, January 9, 2023.

The Court DIRECTS the Clerk to re-note Defendants' motion, Dkt. # 59, for Monday, January 9, 2023.

ORDER - 1

Dated this 4th day of January, 2023.

John H. Chun
United States District Judge

ORDER - 2