UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZED BLUE and ROBIN BLUE, a married couple,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,<br><br>　　　　　　　Defendants. | CASE NO. 2:21-cv-01328-JHC<br><br>ORDER |

　　　This matter comes before the Court on Defendant Hartford Fire Insurance Company's Motion for Reconsideration or, in the Alternative, Motion to Extend Discovery for Limited Purposes. Dkt. # 59. The Court has reviewed the materials filed in support of and in opposition to the motion as well as the balance of the case file. Being fully advised, the Court DENIES the motion for reconsideration.

　　　As an initial matter, the Court acknowledges that the rules could be clearer with respect to the timeliness issue presented. But Plaintiffs seem to have the stronger argument. Federal

ORDER - 1

Rule of Civil Procedure 6 does not appear to apply as it involves the *computation* of time periods.  Instead, Local Civil Rule 6(a) appears to apply, as it says, "If an order of the court sets a specific calendar date by which a party must act, the date is not extended even if it falls on a Saturday, Sunday, or legal holiday unless otherwise ordered by the court."  With respect to legal holidays, the Court made an exception for federal holidays, Dkt. # 24, but November 25, 2022, was not such a holiday, 5 U.S.C. § 6103.

 Per Hartford's request, the Court DIRECTS the Clerk to note Hartford's motion in the alternative to extend discovery for January 20, 2023.

 Dated this 10th day of January, 2023.

John H. Chun
United States District Judge

ORDER - 2