1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZED BLUE and ROBIN BLUE, a married couple,<br><br>                        Plaintiffs,<br><br>        v.<br><br>USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,<br><br>                        Defendants. | CASE NO. 2:21-cv-01328-JHC<br><br>ORDER RE: DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S MOTION TO PERMIT DISCOVERY |

This matter comes before the Court of Defendant Hartford Fire Insurance Company's Motion in the Alternative to Extend Discovery for Limited Purposes. Dkt. # 59. The Court has considered the materials filed in support of and in opposition to the motion, as well as the balance of the case file. Being fully advised, the Court rules as follows:

1.  The Court GRANTS in part and DENIES in part the motion.

2.  The Court grants the motion with respect to the physical inspection of the FV

ORDER RE: DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S MOTION TO PERMIT DISCOVERY - 1

ROBIN BLUE.  Hartford shall bear all costs relating to the inspection.  The parties shall cooperate and exercise diligence so that a timely inspection may take place without jeopardizing the trial date.

3.  The Court denies the motion with respect to Plaintiffs' mental health records and treatment.

Dated this 23rd day of January, 2023.

John H. Chun
United States District Judge