The Honorable Judge John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZED BLUE and ROBIN BLUE, a married couple,

                Plaintiffs,

      v.

USI INSURANCE SERVICES, LLC, a Delaware limited liability company; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON through HARLOCK MURRAY UNDERWRITING LTD as per UMRN B1353DH1700422000; and THE HARTFORD FIRE INSURANCE COMPANY, a Stock Insurance Company,

                Defendants.

NO. 2:21-cv-01328-JHC

**STIPULATED MOTION AND ORDER OF DISMISSAL**

      Plaintiffs Zed Blue and Robin Blue and all Defendants have reached a final settlement and stipulate that all claims that were or could have been brought in this action may be dismissed in their entirety with prejudice, and without attorney fees or costs to any party.

      DATED this 3rd day of March, 2023.

STIPULATED MOTION AND ORDER OF DISMISSAL - 1
NO.: 2:21-CV-01328--JHC

1

BULLIVANT HOUSER BAILEY PC                    TOUSLEY BRAIN STEPHENS

2

3
*s/ Matthew J. Sekits*                         *s/ Chase C. Alvord*
4
Matthew J. Sekits, WSBA #26175                 Chase C. Alvord, WSBA #26080
matthew.sekits@bullivant.com                   calvord@tousely.com
5
Caitlyn Mathews, WSBA #60055                   1200 Fifth Avenue, Suite 1700
caitlyn.mathews@bullivant.com                  Seattle, Washington 98101
6
925 Fourth Avenue, Suite 3800                  Telephone: 206.682.5600
Seattle, WA 98104
7
Telephone: 206.292.8930                        *Attorney for Plaintiffs*

8

*Attorneys for Defendant The Hartford*
9

10

FOSTER GARVEY PC                              HOLMES WEDDLE & BARCOTT, PC
11

12
*s/David R. West*                              *s/Michael A. Barcott*
13
David R. West, WSBA #13680                     Michael A. Barcott, WSBA #13317
David.west@foster.com                          mbarcott@hwb-law.com
14
1111 Third Avenue, Suite 3000                  999 Third Avenue, Suite 2600
Seattle, WA 98101                              Seattle, WA 98104-4011
15
Telephone: 206.816.1321                        Telephone: 206.292.8008

16

*Attorneys for Defendant USI*                  *Attorney for Certain Underwriters*
17                                             *at Lloyd's of London through Harlock*
                                               *Murray Underwriting*
18
                          **ORDER**
19

20      It is so ordered.

21      Dated this 6th day of March, 2023.

22

23      _____
        John H. Chun
24      United States District Judge

      4857-4001-6208, v. 1
25

26

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992